UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**GREGORY CHARLES KAPORDELIS**  **DOCKET NO. 24-cv-00724**
     **REG. # 63122-053**                    **SECTION P**

**VERSUS**                          **JUDGE JAMES D. CAIN, JR.**

**F. MARTINEZ**                     **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE** all pending motions be **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 11th day of February, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE